JAMES T. WINKLER, ESQ., Bar # 6536
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Plaintiff
ACCUDUCT MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACCUDUCT MANUFACTURING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NUMBER 88,<br><br>Defendant. | Case No. 2:15-cv-01878-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AND TO VACATE HEARING SET FOR OCTOBER 2, 2015 at 2:00 P.M.** |

Defendant, INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NUMBER 88 and Plaintiff, ACCUDUCT MANUFACTURING, INC., by and through their respective counsel of record, hereby stipulate to dismiss without prejudice the Verified Complaint for a Preliminary Injunction to Stay Arbitration Proceedings, and a Declaratory Judgment and to vacate the hearing on the Emergency Motion for Temporary Restraining Order set for October 2, 2015 at 2:00 p.m.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1 | Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

2 | Dated: October 2, 2015  Dated: October 2, 2015

3 | Respectfully submitted,  Respectfully submitted,

5 | /s/ Richard G. McCracken  /s/ James T. Winkler
RICHARD G. MCCRACKEN, ESQ.  JAMES T. WINKLER, ESQ.
ANDREW J. KAHN, ESQ.  MATTHEW T. CECIL, ESQ.
MCCRACKEN, STEMERMAN & HOLSEBERRY  LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
ACCUDUCT MANUFACTURING, INC.

Attorneys for Defendant
INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION NUMBER 88

**ORDER**

**IT IS SO ORDERED.**

Dated: __October 2__, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:136201714.1 086075.1001

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.